**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN GREAT LAKES PORTS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, *et al.*,<br><br>Defendants. | Civ. A. No. 1:16-cv-1019-RC<br><br>**PROTECTIVE NOTICE OF APPEAL**<br><br>Fed. R. App. Proc. 3 |

Pursuant to Federal Rule of Appellate Procedure 4(a) and 28 U.S.C. § 1291, Plaintiffs American Great Lakes Ports Association, Brochart KB, Canfornav Inc., Fednav International Ltd., Polska Zegluga Morska P.P., Shipping Federation of Canada, Spliethoff Transport BV, United States Great Lakes Shipping Association, and Wagenborg Shipping BV hereby serve notice of their intent to appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order (ECF No. 40) and Memorandum & Opinion (ECF No. 41) entered March 15, 2018 and all prior Orders and rulings preceding and/or subsumed within that decision and ancillary to it and all prior interlocutory orders that are adverse to Plaintiffs.

Dated: May 14, 2018

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *C. Jonathan Benner*

C. Jonathan Benner (DC Bar #181610)
Kathleen E. Kraft (DC Bar #984445)
jbenner@thompsoncoburn.com
kkraft@thompsoncoburn.com
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006-1167
202-585-6900
FAX 202-585-6969

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2018, I caused a true and correct copy of the foregoing document to be filed using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Kathleen E. Kraft
Kathleen E. Kraft